# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1416

ESSAR STEEL, LIMITED,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

UNITED STATES STEEL CORPORATION,

Defendant-Appellee.

Appeal from the United States Court of International Trade in case no. 09-CV-0197, Senior Judge Judith M. Barzilay.

Authorized Abbreviated Caption[2]

ESSAR STEEL, LIMITED V US, 2013-1416

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.